UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDA WHITWORTH, <br><br> Plaintiff, <br> v. <br><br> AVX CORPORATION, and <br> AVX TANTALUM CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:21-cv-00019-JDL <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brenda Whitworth, through counsel, hereby voluntarily dismisses Plaintiff's Complaint against Defendants, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: March 16, 2021

                                                           Respectfully Submitted,

                                                           */s/ Andrew P. Cotter*
                                                           Andrew P. Cotter, Esq.
                                                           James A. Clifford, Esq.
                                                           Clifford & Clifford, LLC
                                                           62 Portland Road, Suite 37
                                                           Kennebunk, Maine 04043
                                                           (207) 985-3200
                                                           andrew@cliffordclifford.com
                                                           james@cliffordcliffford.com

2

## **CERTIFICATE OF SERVICE**

    I, Andrew P. Cotter, counsel for Plaintiff, herby certify that on March 16, 2021, I filed the foregoing *Notice of Dismissal With Prejudice* using the Court's Electronic Case Filing System.

/s/ Andrew P. Cotter  
Andrew P. Cotter, Esq.
